AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FOX VALLEY CONSTRUCTION WORKERS
FRINGE BENEFIT FUNDS, et al.

CASE NUMBER: 08CV 3224

V.

ASSIGNED JUDGE: JUDGE GUZMAN

PAUL HERRERA CONSTRUCTION
COMPANY, LTD., an Illinois corporation

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Paul Herrera Construction Company, Ltd.
c/o Paulin Herrera, Registered Agent/President
24520 Harmony Road
Marengo, IL 60152

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_Nadine Hinley_
------------------------------
(By) DEPUTY CLERK

June 4, 2008
------------------------------
Date

State of Illinois

US District Court of IL/Northern District
Docket No. 08 CV 3224

County of McHenry

### AFFIDAVIT OF SERVICE

**GLENN C. OLSON** deposes and says that he is a registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and is therefore authorized, pursuant to the provisions of Chapter 735, "Code of Civil Procedure", Section 5/2-202, Illinois Compiled Statues, to serve process in the above cause, and that the defendant was served in the following manner:

On Friday, June 27, 2008 at 7:45 PM by leaving a true and correct copy of the attached Summons and a copy of the Complaint or Petition with **PAUL HERRERA CONSTRUCTION COMPANY, LTD.** as shown below:

SERVED the within named **PAUL HERRERA CONSTRUCTION COMPANY, LTD.** by delivering a true copy of the Summons and a copy of the Complaint or Petition to **Paulin Herrera, Registered agent**, a person authorized to accept service of process as agent.

Said service was effected at **24520 Harmony Road, Marengo, IL 60152**.

DESCRIPTION of Person Served: Date of Birth: 6/22/1964; Sex: Male; Race/Skin Color: Hispanic;

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

JUN 3 0 2008

_____                                   _____
Dated                                                                           Glenn C. Olson